FORM B9A (Chapter 7 Individual or Joint Debtor No Asset Case) (12/07)     Case Number **3:09−bk−05725−PMG**

# UNITED STATES BANKRUPTCY COURT
Middle District of Florida

# Notice of Chapter 7 Bankruptcy Case, Meeting of Creditors, & Deadlines

A chapter 7 bankruptcy case concerning the debtor(s) listed below was filed on July 13, 2009 .
You may be a creditor of the debtor. **This notice lists important deadlines.** You may want to consult an attorney to protect your rights.
All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below. NOTE: The staff of the bankruptcy clerk's office cannot give legal advice.

## See Reverse Side For Important Explanations

Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Christopher Eric Dyne<br>1658 Rhonda Dr.<br>Middleburg, FL 32068 | Samantha Sylvereia Dyne<br>1658 Rhonda Dr.<br>Middleburg, FL 32068 |
| Case Number:<br>3:09−bk−05725−PMG | Social Security/Taxpayer ID/Employer ID/Other Nos.:<br>xxx−xx−4937<br>xxx−xx−4671 |
| Attorney for Debtor(s) (name and address):<br>Joshua J Tejes<br>LaBella Law, P.L.<br>1665 Kingsley Avenue Suite 108<br>Orange Park, FL 32073<br>Telephone number: 904−541−1643 | Bankruptcy Trustee (name and address):<br>Robert Altman<br>PO Box 922<br>Palatka, FL 32178−0922<br>Telephone number: 386−325−4691 |

## Meeting of Creditors

Debtor(s) must present Photo ID and acceptable proof of Social Security Number at § 341 meeting.
You are reminded that Local Rule 5073−1 restricts the entry of cellular telephones into the Courthouse.

Date: **August 21, 2009**         Time: **03:30 PM**
Location: **FIRST FLOOR, 300 North Hogan St. Suite 1−200, Jacksonville, FL 32202**

## Presumption of Abuse under 11 U.S.C. § 707(b)
*See "Presumption of Abuse" on reverse side.*

The presumption of abuse does not arise.

## Deadlines:
Papers must be *received* by the bankruptcy clerk's office by the following deadlines:
**Deadline to File a Complaint Objecting to Discharge of the Debtor or to Determine Dischargeability of Certain Debts:
October 20, 2009**

## Deadline to Object to Exemptions:
Thirty (30) days after the *conclusion* of the meeting of creditors.

## Creditors May Not Take Certain Actions:

In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor and the debtor's property. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to determine your rights in this case.

## Please Do Not File a Proof of Claim Unless You Receive a Notice To Do So.

## Creditor with a Foreign Address
A creditor to whom this notice is sent at a foreign address should read the information under "Do Not File a Proof of Claim at This Time" on the reverse side.

| | |
|---|---|
| **Address of the Bankruptcy Clerk's Office:**<br>300 North Hogan Street Suite 3−350<br>Jacksonville, FL 32202<br>Telephone number: 904−301−6490 | **For the Court:**<br>Clerk of the Bankruptcy Court:<br>Lee Ann Bennett |
| Hours Open: Monday − Friday 8:30 AM − 4:00 PM | Date: July 16, 2009 |

Notice is further given that effective on the date of the Petition, the United States Trustee appointed the above named individual as interim trustee pursuant to 11 USC § 701.

# EXPLANATIONS

FORM B9A (12/07)

| | |
|---|---|
| Filing of Chapter 7 Bankruptcy Case | A bankruptcy case under Chapter 7 of the Bankruptcy Code (title 11, United States Code) has been filed in this court by or against the debtor(s) listed on the front side, and an order for relief has been entered. |
| **Legal Advice** | The staff of the bankruptcy clerk's office cannot give legal advice. Consult a lawyer to determine your rights in this case. |
| Creditors Generally May Not Take Certain Actions | Prohibited collection actions are listed in Bankruptcy Code §362. Common examples of prohibited actions include contacting the debtor by telephone, mail or otherwise to demand repayment; taking actions to collect money or obtain property from the debtor; repossessing the debtor's property; starting or continuing lawsuits or foreclosures; and garnishing or deducting from the debtor's wages. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. |
| Presumption of Abuse | If the presumption of abuse arises, creditors may have the right to file a motion to dismiss the case under § 707(b) of the Bankruptcy Code. The debtor may rebut the presumption by showing special circumstances. |
| Meeting of Creditors | A meeting of creditors is scheduled for the date, time and location listed on the front side. *The debtor (both spouses in a joint case) must be present at the meeting to be questioned under oath by the trustee and by creditors.* Creditors are welcome to attend, but are not required to do so. The meeting may be continued and concluded at a later date without further notice. |
| Do Not File a Proof of Claim at This Time | There does not appear to be any property available to the trustee to pay creditors. *You therefore should not file a proof of claim at this time.* If it later appears that assets are available to pay creditors, you will be sent another notice telling you that you may file a proof of claim, and telling you the deadline for filing your proof of claim. If this notice is mailed to a creditor at a foreign address, the creditor may file a motion requesting the court to extend the deadline. |
| **Discharge of Debts** | The debtor is seeking a discharge of most debts, which may include your debt. A discharge means that you may never try to collect the debt from the debtor. If you believe that the debtor is not entitled to receive a discharge under Bankruptcy Code §727(a) *or* that a debt owed to you is not dischargeable under Bankruptcy Code §523(a)(2), (4), or (6), you must start a lawsuit by filing a complaint in the bankruptcy clerk's office by the "Deadline to File a Complaint Objecting to Discharge of the Debtor or to Determine Dischargeability of Certain Debts" listed on the front side. The bankruptcy clerk's office must receive the complaint and any required filing fee by that Deadline. |
| | ** Individual debtors in Chapter 7 cases must complete an instructional course in personal financial management in order to receive a discharge under chapter 7. A statement regarding completion of the course must be filed within 45 days after the first date set for the meeting of creditors. Failure to timely file the statement may result in the case being closed without entry of the discharge of debts. If the case is closed without the entry of a discharge, the debtor must file a motion to reopen, with the appropriate filing fee, in order to file the statement and obtain a discharge of debts. ** **Applies to cases filed on or after October 17, 2005**. |
| Exempt Property | The debtor is permitted by law to keep certain property as exempt. Exempt property will not be sold and distributed to creditors. The debtor must file a list of all property claimed as exempt. You may inspect that list at the bankruptcy clerk's office. If you believe that an exemption claimed by the debtor is not authorized by law, you may file an objection to that exemption. The bankruptcy clerk's office must receive the objections by the "Deadline to Object to Exemptions" listed on the front side. |
| Bankruptcy Clerk's Office | Any paper that you file in this bankruptcy case should be filed at the bankruptcy clerk's office at the address listed on the front side. You may inspect all papers filed, including the list of the debtor's property and debts and the list of the property claimed as exempt, at the bankruptcy clerk's office. |
| Creditor with a Foreign Address | Consult a lawyer familiar with United States bankruptcy law if you have any questions regarding your rights in this case. |
| | —— Refer to Other Side for Important Deadlines and Notices —— |
| Voice Case Info. System (VCIS) | For use with a touch–tone phone only; using the dial pad VCIS will provide the caller with basic case information concerning deadlines such as case opening and closing date, discharge date and whether a case has assets or not. VCIS is accessible 24 hours a day except when routine maintenance is performed. To access VCIS toll free call 1–866–879–1286. |

# CERTIFICATE OF NOTICE

The following entities were noticed by first class mail on Jul 18, 2009.
```
db/jdb       +Christopher Eric Dyne,    Samantha Sylvereia Dyne,    1658 Rhonda Dr.,    Middleburg, FL 32068-4003
aty          +Joshua J Tejes,    LaBella Law, P.L.,    1665 Kingsley Avenue Suite 108,
               Orange Park, FL 32073-4415
tr            Robert Altman,    PO Box 922,    Palatka, FL  32178-0922
16541085     +Advanta Bank Corp,    PO Box 844,    Spring House, PA 19477-0844
16541086     +Aegis/American Express,    PO Box 404,    Fort Mill, SC 29716-0404
16541089     +American Express/Aegis,    c/o Becket and Lee,    Po Box 3001,    Malvern, PA 19355-0701
16541090     +American Express/NCO Fin.,    c/o Becket and Lee,    Po Box 3001,    Malvern, PA 19355-0701
16541093     +Capital 1 Bank/NCO Fin.,    C/O TSYS Debt Mgmt,    Po Box 5155,    Norcross, GA 30091-5155
16541098     +Chase/United Coll. Bureau,    800 Brooksedge Blvd,    Westerville, OH 43081-2822
16541100     +Citibank Usa,    Attn.: Centralized Bankruptcy,    Po Box 20507,    Kansas City, MO 64195-0507
16541101     +Citicorp Credit Service,    Alliance One Rec. Mgmt.,    P.O. Box 21882,    Eagan, MN 55121-0882
16541102     +Creditors Fin. Group, LLC,    P.O. Box 440290,    Aurora, CO 80044-0290
16541105     +Fredrick J. Hanna & Assoc.,    1427 Roswell Rd.,    Marietta, GA 30062-3668
16541106     +Gemb/Chevron,    po box 530950,    atlanta, GA 30353-0950
16541107     +Gemb/Chevron-NCO Fin.,    Attention: Bankruptcy,    PO Box 103106,    Roswell, GA 30076-9106
16541111     +Genpact Services, LLC,    P.O. Box 1969,    Southgate, MI 48195-0969
16541112     +Home Depot Credit Services,    processing center,    des moines, IA 50364-0001
16541115     +Law Offices of Mitchell N. Kays,    7 Penn Plaza,    New York, NY 10001-3995
16541116     +Michael C. Dyne,    351 Crossings Blvd, #527,    Orange Park, FL 32073-6227
16541118     +NCO Financial Systems,    PO Box 15773,    Wilmington, DE 19850-5773
16541117     +NCO Financial Systems,    po box 15456,    wilmington, DE 19850-5456
16541119      NCO Financial Systems,    PO Box 612347,    Virginia Beach, VA 23462
16541120     +Northland Group/Home Depot,    PO Box 390905,    edina, MN 55439-0905
16541121     +Northland Group/Zales,    PO Box 390905,    edina, MN 55439-0905
16541122     +Shell Processing Center,    PO Box 183018,    Columbus, OH 43218-3018
16541123     +Shell Oil/Citibank,    Attn.: Cent. Bankruptcy,    Po Box 20507,    Kansas City, MO 64195-0507
16541124     +Steven Crovatto,    105 Foxridge Rd.,    Orange Park, FL 32065-5731
16541125     +Stovash, Case & Tingley,    200 S. Orange Ave.,    Suite. 1220,    Orlando, FL 32801-3439
16541129     +Suntrust Bank,    PO Box 85041,    Richmond, VA 23285-5041
16541126     +Suntrust Bank,    7455 Chancellor Drive,    Orlando, FL 32809-6213
16541128     +Suntrust Bank,    200 S. Orange Ave., Ste.1220,    Orlando, FL 32801-3439
16541127     +Suntrust Bank,    PO Box 4997,    Orlando, FL 32802-4997
16541131     +Suntrust Bk Central Fl,    PO Box 4986,    Orlando, FL 32802-4986
16541130     +Suntrust Bk Central Fl,    550 Water St,    Jacksonville, FL 32202-5177
16559808     +Tax Collector, Clay County,    P.O. Box 218,    Green Cove Springs, FL 32043-0218
16541132     +United Collections Bureau,    PO Box 1418,    Maumee, OH 43537-8418
16541133    ++VYSTAR CREDIT UNION,    PO BOX 45085,    JACKSONVILLE FL 32232-5085
              (address filed with court: VyStar Credit Union,    PO Box 45085,    Jacksonville, FL 32232)
16541137    ++VYSTAR CREDIT UNION,    PO BOX 45085,    JACKSONVILLE FL 32232-5085
              (address filed with court: VyStar Visa,    PO Box 44068,    Jacksonville, FL 32231)
16541135    ++VYSTAR CREDIT UNION,    PO BOX 45085,    JACKSONVILLE FL 32232-5085
              (address filed with court: Vystar Credit Union,    4441 Wesconnett Bv,    Jacksonville, FL 32232)
16541136    ++VYSTAR CREDIT UNION,    PO BOX 45085,    JACKSONVILLE FL 32232-5085
              (address filed with court: Vystar Credit Union,    Attn: Bankruptcy,    PO Box 45085,
               Jacksonville, FL 32232)
16541134    ++VYSTAR CREDIT UNION,    PO BOX 45085,    JACKSONVILLE FL 32232-5085
              (address filed with court: Vystar Credit Union,    PO Box 44068,    Jacksonville, FL 32231)
16541144     +Zales/cbsd (Northland Group),    Attn.: Cent. Bankruptcy,    Po Box 20507,
               Kansas City, MO 64195-0507
16541084     +advanta bank corp,    po box 8088,    philadelphia, PA 19101-8088
16541091     +bank of america,    po box 15726,    wilmington, DE 19886-5726
16541094     +captial one bank,    po box 650007,    dallas, TX 75265-0007
16541099     +citibank,    po box 390905,    edina, MN 55439-0905
16541143     +zales credit plan,    processing center,    des moines, IA 50364-0001
```

The following entities were noticed by electronic transmission on Jul 17, 2009.
```
ust           +E-mail/Text: ustp.region21.or.ecf@usdoj.gov                            United States Trustee - JAX7,
               135 W Central Blvd Suite 620,    Orlando, FL 32801-2440
16541085     +E-mail/Text: DL_EBN@advanta.com                            Advanta Bank Corp,    PO Box 844,
               Spring House, PA 19477-0844
16541092     +EDI: BANKAMER.COM Jul 16 2009 23:53:00      Bank Of America,    Attn: Bankruptcy,    PO Box 26012,
               Greensboro, NC 27420-6012
16541095     +EDI: CHASE.COM Jul 16 2009 23:58:00      Chase,    Attn: Bankruptcy Dept,    Po Box 100018,
               Kennesaw, GA 30156-9204
16541096     +EDI: CHASE.COM Jul 16 2009 23:58:00      Chase,    800 Brooksedge Blvd,
               Westerville, OH 43081-2822
16541100     +EDI: CITICORP.COM Jul 16 2009 23:58:00      Citibank Usa,    Attn.: Centralized Bankruptcy,
               Po Box 20507,    Kansas City, MO 64195-0507
16541103      EDI: DISCOVER.COM Jul 16 2009 23:58:00      discover,    po box 15251,    wilmington, DE 19886
16541104     +EDI: DISCOVER.COM Jul 16 2009 23:58:00      Discover Fin,    Attention: Bankruptcy Department,
               Po Box 3025,    New Albany, OH 43054-3025
16541109     +EDI: RMSC.COM Jul 16 2009 23:58:00      Gemb/tbc,    po box 960061,    orlando, FL 32896-0061
16541110     +EDI: RMSC.COM Jul 16 2009 23:58:00      Gemb/tbc,    Po Box 981439,    El Paso, TX 79998-1439
16541113     +EDI: CBSKOHLS.COM Jul 16 2009 23:58:00      Khol’s Payment Center,    PO Box 2983,
               Milwaukee, WI 53201-2983
16541114     +EDI: CBSKOHLS.COM Jul 16 2009 23:58:00      Kohls,    Attn: Recovery,    Po Box 3120,
               Milwaukee, WI 53201-3120
16541139     +EDI: WFNNB.COM Jul 16 2009 23:58:00      Wfnnb-Victoria’s Secret,    Po Box 182273,
               Columbus, OH 43218-2273
16541138     +EDI: WFNNB.COM Jul 16 2009 23:58:00      Wfnnb-Victoria’s Secret,    po box 659728,
               san antonio, TX 78265-9728
```

```
District/off: 113A-3          User: dwanda              Page 2 of 2              Date Rcvd: Jul 16, 2009
Case: 09-05725                Form ID: B9A              Total Noticed: 65
```

The following entities were noticed by electronic transmission (continued)
```
16541140    +EDI: WFNNB.COM Jul 16 2009 23:58:00      Wfnnb/lerner Mail Orde,   PO Box 182122,
             Columbus, OH 43218-2122
16541141    +E-mail/Text: WCCEBMB@WIN.ML.COM                      Wilshire,    PO Box 8517,
             Portland, OR 97207-8517
16541142    +E-mail/Text: WCCEBMB@WIN.ML.COM                      Wilshire Credit Corp,
             Attention: Bankruptcy Dept.,    Po Box 8517,    Portland, OH 97207-8517
16541084    +E-mail/Text: DL_EBN@advanta.com                       advanta bank corp,   po box 8088,
             philadelphia, PA 19101-8088
16541088    +EDI: AMEREXPR.COM Jul 16 2009 23:58:00     american express,   po box 360001,
             ft lauderdale, FL 33336-0001
16541087    +EDI: AMEREXPR.COM Jul 16 2009 23:58:00     american express,   po box 360002,
             ft lauderdale, FL 33336-0002
16541091    +EDI: BANKAMER2.COM Jul 16 2009 23:58:00     bank of america,    po box 15726,
             wilmington, DE 19886-5726
16541097    +EDI: CHASE.COM Jul 16 2009 23:58:00      chase card services,    po box 15153,
             wilmington, DE 19886-5153
                                                                                          TOTAL: 22

         ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
16541108     Gemb/funancing
                                                                                          TOTALS: 1, * 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jul 18, 2009**          **Signature:**     _Joseph Speetjens_